UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

CASE NO: **10-81241-CIV-RYSKAMP/VITUNAC**

ANNMARIE BURKE,

    Plaintiff,

v.

PALM BEACH COUNTY SHERIFF'S OFFICE,
RIC L. BRADSHAW, SHERIFF

    Defendant.
_____/

**TO: Palm Beach Sheriff's Office**
    **3228 Gun Club Road**
    **West Palm Beach, Florida 33406**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Alan M. Aronson, Esquire
ROSENTHAL, LEVY & SIMON, P.A.
1645 Palm Beach Lakes Blvd., Suite 350
West Palm Beach, FL 33401
(561) 478-2500

an answer to the complaint which is served on you with this summons, within **20** days after service of this commons on you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service:

**October 21, 2010**



**SUMMONS** DATE

                      DEPUTY          -      CLERK

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts